# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bryanna Allaire, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Dwight Pettegrove with transmitting a threatening interstate communication, in violation of 18 U.S.C. § 875(c).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been in this position since August 2021. In my duties as a Special Agent, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. Through my employment, I have conducted investigations relating to violations of federal law, including threatening communications.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for federal criminal offenses. The FBI has jurisdiction to investigate offenses arising under 18 U.S.C. § 875(c) that involve interstate threatening communications.

4. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation including information provided by other investigators, my review of records related to this

investigation, and information gained through my training and experience. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint.

**PROBABLE CAUSE**

5. On July 2, 2025, the FBI National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary emergency disclosure of information from Google, LLC, containing subscriber information associated with YouTube user "pettegrovedwight@gmail.com" and regarding threats against Google and its employees. Along with that voluntary disclosure, Google sent subscriber information for the YouTube channel https://www.youtube.com/channel/UCoMGbUKFDC6h-7zGM3Ich-Q, which is owned by the user of the Google Account pettegrovedwight@gmail.com (hereinafter "the Account"). Google provided information showing that the owner or user of the Account was ""Dwight Pettegrove," with a date of birth of xx/xx/1962, which is Dwight Pettegrove's date of birth. Google also provided information showing that the user or owner of the Account provided phone number (207) 530-0573 to Google for the Account. Further, Google provided the following billing information for the Account: Dwight Pettegrove, PO box 116, Home, Windsor, ME 04363, with telephone number (207) 530-0573.

6. In Google's disclosure on July 2, 2025, Google included records showing that the user of the above YouTube channel, which is owned by the Account (pettegrovedwight@gmail.com) made the following comments on YouTube videos:

a. "God damned youtube !. You will be annihilated. You think you're immune,BUT YOU ARE NOT !. MOTHERFUCKERS ARE HOING TO BURN ##!." (Comment posted on July 1, 2025, at 7:44 PM PDT);[1]

b. "I will personally see that youtube pays for silencing my voice." (Comment posted on June 25, 2025, at 8:41 PDT);

c. "Kill youtube ceo" (Comment posted on June 21, 2025, at 7:34 AM PDT);

d. "FUCK YOU YOUTUBE. When the war in this country lifts off, youtube will be my side step and you will not have a chance to say goodbye that includes the weak spineless coward at the top of your heap." (Comment posted on June 19, 2025, at 5:58 PM PDT);

e. "Youtube will be murdered" (Comment posted on June 19, 2025, at 10:46 AM PDT);

f. "@DiCi-p6tThen, we will just kill them and youtube mods, cry." (Comment posted on May 27, 2025, at 14:11:00)

g. "Youtube employees and CEO are scum to be shoveled off a cliff." (Comment posted on May 21, 2025, at 6:56:39);

h. "You tube really must be taught a lesson, a permanent lesson. I really can't wait because it is coming." (Comment posted on October 21, 2024, at 11:45 PM PDT).

7. On July 3, 2025, Dwight Pettegrove (DOB xx/xx/1962) was interviewed telephonically by FBI Supervisory Senior Resident Agent (SSRA) Christopher Peavey at

[1] These posts or comments are copied verbatim. To the extent there are spelling or grammar issues, those appear in the original posts on YouTube by the Account user.

telephone number (207) 530-0573. Pettegrove acknowledged that he made comments regarding Google and YouTube and advised that he had no plans to carry out any action. Pettegrove said he had become frustrated over time with the practice of comments being deleted, and when his more thoughtful, benign comments that he put time and effort into were deleted, he responded with frustration. Pettegrove said he doesn't trust this government and believes there is something seriously wrong with it. Also, Pettegrove did not agree with the CEO of Google, who supports the President of the United States. Pettegrove said he is disabled and can't get anywhere right now, and that he does not have the intent or capacity to carry out any threats. Pettegrove felt threatened by the government's policies. SSRA Peavey advised Pettegrove that, while he has a right to any opinions, Pettegrove could get in trouble for threatening people. Pettegrove acknowledged this and advised that he would moderate his comments. In July 2025, the matter was closed by the FBI.

8. On January 26, 2026, the FBI NTOS Exigent Threat Research and Analysis Crisis Team (EXTRACT) received voluntarily provided information from Google regarding YouTube user Dwight Pettegrove pertaining to the Account (pettegrovedwight@gmail.com) threatening to kill multiple people including Immigration and Customs Enforcement ("ICE") agents and others, including public officials. Along with that voluntary disclosure, Google also sent subscriber information for Google Account ID: 89210509410, including that the Account belonged to Dwight Pettegrove, with e-mail address: pettegrovedwight@gmail.com, and date of birth: xx/xx/1962, which is Dwight Pettegrove's date of birth. Further, Google provided information from Google Payment Corporation, showing that the user for the Account

pettegrovedwight@gmail.com had the following address information listed in Google Wallet: Dwight Pettegrove, PO Box 116 Windsor Maine 04363, Windsor, ME, 04363 with telephone number (207) 530-0573, and Dwight Pettegrove, 560 Ridge Road, Windsor, Maine 04363 with telephone number (207) 530-0573.

9. In Google's disclosure on January 26, 2026, Google included records showing that the user of the above YouTube channel (https://www.youtube.com/channel/UCoMGbUKFDC6h-7zGM3Ich-Q), which is owned by the Account (pettegrovedwight@gmail.com), made the following comments on YouTube videos:

a. "@CamilinFlores I hear you, but I comment daily ""Kill ICE,"" ""Kill The king,"" to ""arm yourselves and be willing to do what must be done."" I intend to get my hands drenched in blood. We're in a state of shock, really. As much as the information was there in plain sight for all to see, it's still a shock to see our country become a repeat of nazi Germany. The German people were in the same state of mind not knowing how to be or how to survive such a cloud of darkness. We know trump/Stephen Miller will use the military. We must anyway." (Comment posted on January 25, 2026, at 20:42:00 EST);

b. "This is precisely why Im going to murder ICE agents. Justvtry and stop me." (Comment posted on January 17, 2026, at 13:29 EST);

c. "@fjbfjb7180 I do imagine killing ICE pigs. I have no regard for their useless lives anymore than maga maggots, trump and his cabinet. You all

must be exterminated." (Comment posted on January 14, 2026, at 19:29:39 EST);

d. "I'm going to kill ICE. Whatcha got for that ?." (Comment posted on January 13, 2026, at 17:55:17 EST);

e. "Can you identify this guy ?. Im going to kill him" (Comment posted on January 13, 2026, at 10:16:14 EST);

f. "Shoot and kill ICE. Shoot and kill the ICE or military scum snipers from roof tops. Specifically, look for snipers to kill. This is only for those of you who know how to accomplish these tasks. There must be those who know how to get to and off the ones behind the scenes. Abstain from taking out the tools talking heads for now." (Comment posted on January 12, 2026, at 21:13:26 EST);

g. "@dddd-yq9jf I couldn't care less about the FBI. They serve the orange pig like the military. You wish to bow to fascism, then by all means, stay bent. I will kill all that are traitors and are trampling on our constitution to carve this country up for themselves. You are either one of them, or your nothing at all." (Comment posted on December 17, 2025, at 7:16:53 EST);

h. "YOU DIE MOTHERFUCKERS IF YOU EVEN LAY HANDS ON ME. YOU FUCKING DIE AND I QILL PERSONALLY MURDER THE FUCK OUT OF [][2] YOU FUCKING CUNTS DO NOT OWN ME THE COURT DOES NOT OWN ME. THE FUCK YOU LAW DOES NOT FUCKING MSTTER TO ME

[2] The post named three individuals who are known persons who are public officials.

ANY FUCKING MORE !. JUST COME RIGHT TO ME AND FUCKI G FIND OUT. CATCH ME ON THE ROAND FUCKING FIND OUT !. CATCH ME ANYWHERE AND FUCKING FIND OUT. I WILL KILL. NOT TSL. NOT RESOO D TO TALK. I ONLY HAVE ONE THING IN MIND AND THAT IS TO MURDER YOU FUCKING PIECES OF SHIT !." (Comment posted on November 2, 2025, at 2:47:22 PST);

i. "ICE WILL DIE IN MY HOME BECAUSE I HAVE MORE AT MY REACH THAN JUST GUNS AND I SINCERELY WOULD ENJOY USING WHAT I HAVE." (Comment posted on June 28, 2025, at 23:35:06 PST).

10. Through open-source database research, the FBI was able to confirm that Dwight E. Pettegrove, DOB xx/xx/1962, was listed as residing at 560 Ridge Road, Windsor, Maine 04363.

11. An open-source search provided several results, under public records for the telephone number (207) 530-0573. The active phone (meaning the most current result) for the number was listed as belonging to an individual who lived in Augusta, Maine 04330, as of February 2026. From December 2022 to January 2026, the phone number was listed as belonging to Dwight E. Pettegrove, Po Box 116, Windsor, Maine 04363. A query through a law enforcement database for Dwight Pettegrove, DOB: xx/xx/1962, showed that Pettegrove was issued a Driver's License in 2021, with an address of PO BOX 116, Windsor, Maine 04363.

12. I have reviewed known photographs of Pettegrove, and I am generally familiar with his appearance. A photograph of Pettegrove from several years ago from the Maine Bureau of Motor Vehicles appears below:



13. On January 28, 2026, I interviewed a male who I identified as Dwight Pettegrove at 560 Ridge Road, Windsor, Maine 04363, along with a U.S. Secret Service agent and a Deputy with the Kennebec County Sheriff's Office. At the beginning of the interview, I asked Pettegrove if he knew why we were there to speak with him, and Pettegrove responded that he knew exactly why we were there. Pettegrove further explained it was because of the stuff he puts on Facebook and YouTube, because he says "Kill ICE". Pettegrove stated that he knows what he says. Pettegrove said that he has had it with them and this takeover and the President. Pettegrove said that he does not have any firearms and does not travel. Pettegrove said he is not out to kill anyone and that people describe him as a "goofball." This interview with Pettegrove was recorded by the Deputy's body worn camera.

14. On February 4, 2026, the FBI submitted a preservation request to Google for email address: pettegrovedwight@gmail.com, Google account ID: 89210509410, and

YouTube channel ID: UCoMGbUKFDC6h-7zGM3Ich-Q. In response, Google assigned reference numbers 124382040 and 124382183 to the request.

15. The investigation has shown that Google Account user pettegrovedwight@gmail.com has been posting threatening comments on YouTube videos as recently as January 25, 2026. According to information provided by Google in its voluntary disclosure to the FBI on January 26, 2026, the pettegrovedwight@gmail.com Account is associated with Dwight Pettegrove (DOB xx/xx/1962) of Windsor, Maine.

16. On April 9, 2026, I obtained a search warrant for information associated with Googe account pettegrovedwight@gmail.com from this Court (1:26-mj-00115-JCN). On about April 10, 2026, Google responded to the warrant and produced records associated with the pettegrovedwight@gmail.com account.

17. Upon my initial review of the files received from Google in response to the search warrant relating to the account, I discovered threatening communications and activity history searches of interest. In terms of threatening statements, I found the following posts by the pettegrovedwight@gmail.com Account in Google's response (which does not include all of the threatening messages found to date):

a. On September 28, 2025: "Come to my home secret police. Get wherever I am secret police. I will kill secret police anywhere anytime. I'M NOT A KEYBOARD WARRIOR IN THE LEAST. I CAN AND WILL BACK UP MY WORDS.";

b. On November 6, 2025: "\u200b@UsenameTakenWasTaken We go to where they are heavily armed. We open fire. We bring homemade bombs

and throw them at them and open fire. We kill everyone of them and begin our war. We know what our goal is and it isn't just killing these blood bags.";

c. On December 13, 2025: "FBI ?. The terrorist organizations are neo-nazis, white nationalists, maga maggots. I AM ANTIFA. If you try to arrest me you shtty little bchs, I will pop your heads right TF off your shoulders !. You are despicable. You are nothing anymore.";

d. On December 29, 2025: "Justvtry and arrest me for my point of views. I will kill any that attempt to arrest me for my point of views. I will kill many before I am killed. It's a fkn great day to die. I can only hope thst the rest of this country wakes up and works together to kill the maga enemies.";

e. On January 11, 2026: "KILL ICE !. KILL THE REGIME !. KILL THE MILITARY COMPLEX !. WIPE THIS GOVERNMENT OFF THE FACE OF THE EARTH. AND FU MILITARY FOR CONTINUING TO SERVE THE ORANGE PIG AND THE BILLIONAIRES THAT OWN HIM. DEATH TO THIS REGIME !. KILL THE KING !. MAKE HIM DEAD !.";

f. On January 12, 2026: "I'm armed and I will open fire on ICE even if I'm only a witness. I have zero respect for their lives and don't give sht about the loss of there so-called \"loved ones.\" Tough !.";

g. On January 13, 2026: "Can you identify this guy ?. Im going to kill him";

h. On January 16, 2026: "ZI will kill you [Victim A][3] on site !. You will die by

[3] Victim A's identity has been anonymized for privacy reasons; the post included Victim A's last name. Victim A is a known individual residing in the United States.

my hand !.";[4]

i. On January 18, 2026: "Blast my door ?. Sone people like myself are ready and willing to bomb and open fire on ICE and kill them. I can replace the front of my house. I can learn to love the blood all over my hands, lol. Killing ICE would be no different than killing a fly for me.";

j. On January 20, 2026: ""Damned right she isn't going to jail and neither am I for anything I post !. Every single day I post \"KILL ICE !.\" \"KILL THE KING !.\" \"KILL THE KING AND HIS CABINET !.\" \"KILL nazis !.\" I am willing to get my hands drenched in their blood. Every American should be shouting this from the roof tops everywhere, and they should be armed with many kinds of weapons. They should be past the thought processes and ready to kill.";

k. On January 21, 2026: "The only thing I want to do is blow the heads off ICE agents. Nothing else. I'm easy to please.";

l. On January 23, 2026: "KILL ICE !. KILL ICE !. KILL ICE !. BLOW THEM TO BITS !. KILL THE MILITARY IF THEY STICK THEIR FKN NOSES IN WHERE THEY DON'T BELONG !. DIE YOU FKRS !. I EILL BLOW YOUR SHT LOOSE!.";

m. On February 2, 2026: "trump is scum tooth is country. The Pentagon are spineless cowards. The Secret Service are spineless cowards. I had a vist from the Secret Service a few days ago and it has dawned on me that I

[4] This is the post on YouTube by the Account that forms the basis for the complaint application.

recognize one of them. So, I'll be seeing you again. People !. You either rise up in force, or knock yourselves off.";

18. Upon my initial review of the files received from Google in response to the search warrant relating to the Account, I also found the following search history for the Account:

a. "is there a cellphone that has absolutely no way to be tracked" on February 3, 2026, at 6:19:39 AM UTC;

b. "is buy tactical gloves where ICE purchases gear" on January 24, 2026, at 10:43:21 PM UTC;

c. "geissele super duty" on January 16, 2026, at 12:40:20 PM UTC;

d. "a killing knife" on January 16, 2026, at 11:58:59 AM UTC;

e. "is [Victim A][5] married" on January 16, 2026, at 11:57:12 AM UTC;

f. "can i make my car bulletproof" on January 15, 2026, 9:44:01 AM UTC.

19. There is probable cause to believe that Pettegrove is using the Google Account pettegrovedwight@gmail.com (or the YouTube channel that the Account owns) to make and post threatening comments on the Internet. Specifically, Pettegrove's name, DOB, and address are associated with the Account, and after I interviewed Pettegrove on January 28, 2026, along with the Secret Service, the Account user posted on February 2, 2026, that they had been visited by the Secret Service "a few days ago."

20. As a result, there is probable cause to believe that Pettegrove committed the offense of interstate threatening communications in violation of 18 U.S.C. § 875(c).

---

[5] The search history included Victim A's last name.

**CONCLUSION**

21. Based on the forgoing, I submit that probable cause exists to believe that on about January 16, 2026, Dwight Pettegrove knowingly, willfully, and recklessly transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). I respectfully request that the Court issue a criminal complaint charging him with this offense.

Dated at Bangor, Maine, this 5th day of Aug , 2026.

**Bryanna Allaire**
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 04 2026

City and state: Bangor, ME

*Judge's signature*

John C Nivison U.S. Magistrate Judge
*Printed name and title*